tioners. *Messrs. Frederick D. Hamrick* and *Frederick D. Hamrick, Jr.* for respondent.

No. 543. SPRAGUE *v.* TICONIC NATIONAL BANK ET AL. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Harvey D. Eaton* for petitioner. *Messrs. F. Harold Dubord, George P. Barse, James Louis Robertson,* and *Trevor V. Roberts* for respondents.

No. 516. GOINS *v.* UNITED STATES. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the question whether the Circuit Court of Appeals should have reversed the judgment of conviction because of the refusal of the trial court to grant Instruction B requested by the defendant. *Mr. S. H. Sutherland* for petitioner. *Solicitor General Jackson, Assistant Attorney General McMahon,* and *Mr. William W. Barron* for the United States.

No. 76. MAYTAG COMPANY *v.* HURLEY MACHINE CO. ET AL.; and
No. 77. SAME *v.* EASY WASHING MACHINE CO. See *post,* p. 666.

No. 603. MONTGOMERY WARD & CO. *v.* TOLEDO PRESSED STEEL CO. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Carl V. Wisner* for petitioner. *Messrs. Wilber Owen* and *Samuel E. Darby, Jr.* for respondent.